[No. 6293-1.   Division One.   July 23, 1979.]

*In the Matter of the Welfare of*
ANTHONY LE ROY PINES.

Appeal from a judgment of the Superior Court for King

1068

County, No. J–78525, T. Patrick Corbett, J., entered February 16, 1978. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James and Dore, JJ.